**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**Julius Boshko**
    Plaintiff,

-vs-                                          Case No. C-1-02-141

**Sandra Crawford**

    **Defendant.**

---

### JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DOC 11] IS **GRANTED** AND THIS CASE IS **CLOSED** PURSUANT TO ORDER OF THE COURT [DOC 16].

Date: September 14, 2003                      KENNETH J. MURPHY, JR., CLERK

                                                                       By:s/_____
                                                                       Tempann Thomas, Deputy Clerk