**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

C-1-02-141
DOCS 16917
Postmark Here

Sent To: Julius C. Boshko #A380-201
Street, Apt. No.; or PO Box No.: P.O. Box 120
City, State, ZIP+4: Lebanon, OH 45036

7001 2510 0008 6347 9529