**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Julius C. Bochko
A380-201
P.O. Box 120
Lebanon, OH 45036

C-1-02-141, Docs. 16 & 17

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Michelle R. Montune*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7001 2510 0008 6347 9290

PS Form 3811, August 2001   SSB   Domestic Return Receipt    102595-02-M-0835